UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


CHARLES HAIR,

     Plaintiff,

v.                                                            5:13cv321-WS/CJK

COLLENE MURPHY-DAVIS,
et al.,

     Defendants.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc.

25) docketed July 2, 2014.  The magistrate judge recommends that the plaintiff's

"Notice of Voluntary Dismissal," construed as a motion for voluntary dismissal, be

granted.

     The court having reviewed the record, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 25) is

ADOPTED and incorporated into this order by reference.

     2.  The plaintiff's "Notice of Voluntary Dismissal" (doc. 24), construed as a

motion for voluntary dismissal, is GRANTED.

    3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

    DONE AND ORDERED this __18th__ day of __July__, 2014.




        s/ William Stafford_____
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE